**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, NJ 07068
Tel. 973.597.2500
Fax 973.597.2400

*Counsel for the MSD Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MSD TORCHLIGHT PARTNERS, L.P. AND MSD TORCHLIGHT PARTNERS (MM), L.P., <br><br> Plaintiffs, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, and HOWARD B. SCHILLER, <br><br> Defendants. | Civil Case No. 3:16-cv-7324 <br><br> **THE MSD PLAINTIFFS' RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs MSD Torchlight Partners, L.P. and MSD Torchlight Partners (MM), L.P. (collectively, the "MSD Plaintiffs") hereby certifies as follows.

MSD Torchlight Partners, L.P. has no parent corporations, and no publicly held corporation owns 10% or more of MSD Torchlight Partners, L.P.'s stock.

MSD Torchlight Partners (MM), L.P. has no parent corporations, and no publicly held corporation owns 10% or more of MSD Torchlight Partners (MM), L.P's stock.

Dated: October 14, 2016

**LOWENSTEIN SANDLER LLP**

By: s/ Lawrence M. Rolnick

Lawrence M. Rolnick
Marc B. Kramer
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
65 Livingston Avenue
Roseland, NJ 07068
Tel. 973.597.2500
Fax 973.597.2400
lrolnick@lowenstein.com
mkramer@lowenstein.com
tredburn@lowenstein.com
ssadighi@lowenstein.com
mhampson@lowenstein.com

*Counsel for the MSD Plaintiffs*